**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Earl Laprade MILLER, III, a.k.a.
Boomie, Defendant–
Appellant.**

No. 08–12774
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 15, 2009.

Steven E. Butler, Mobile, AL, for Plaintiff–Appellee.

Earl Laprade Miller, III, Estill, SC, pro se.

Before DUBINA, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Arthur J. Madden, III, appointed counsel for Earl Laprade Miller, III, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct and there are no arguable issues of merit. Therefore, counsel's motion to withdraw is **GRANTED,** and Miller's conviction and sentence are **AFFIRMED.**